# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:18-CV-00256-KDB

| | |
|---|---|
| KRISTINA PHILBRICK-MORRISON, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion for Payment of Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, (Doc. No. 21), and the parties' Stipulation for Payment of Attorney's Fees, (Doc. No. 23).

Upon stipulation of the parties, it is hereby **ORDERED** that Defendant will pay Plaintiff $3,350.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, *see Astrue v. Ratliff*, 560 U.S. 586 (2010), payment will be made by check payable to Plaintiff's counsel, Christopher S. Stepp, and mailed to his office at 112 South Main Street, Hendersonville, North Carolina 28792, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**SO ORDERED.**

Signed: February 14, 2020

Kenneth D. Bell
United States District Judge